UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAMON BUNTING | CIVIL ACTION |
| VERSUS | NO. 23-1712 |
| ODYSSEA MARINE, INC. | SECTION M (4) |

### ORDER & REASONS

Before the Court is a motion for summary judgment filed by defendant Odyssea Marine, Inc. ("Odyssea"), seeking dismissal of plaintiff's Louisiana state-law claims.[1] Odyssea argues that, because plaintiff Damon Bunting was a seaman when he was allegedly injured, the Jones Act provides his exclusive remedy for negligence against his employer and the general maritime law provides his exclusive remedy for unseaworthiness and negligence against the vessel and vessel owner.[2] Bunting responds, stating that, because Odyssea has admitted that he is a Jones Act seaman, he does not oppose the motion for summary judgment.[3]

Accordingly, because Bunting, a Jones Act seaman, agrees that he does not have state-law remedies against his employer, the vessel, or the vessel owner,

IT IS ORDERED that the motion for summary judgment (R. Doc. 17) is GRANTED and Bunting's state-law claims are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 11th day of April, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 17.
[2] R. Doc. 17-1 at 3-4.
[3] R. Doc. 18.